IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TERRY ROD,<br><br>                Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware Corporation,<br><br>                Defendant. | CV 20-148-BLG-SPW-KLD<br><br><br>ORDER |

The parties have filed a Joint Stipulation to Stay Proceedings (Doc. 14) pending final resolution of Plaintiff Terry Rod's underlying disability discrimination complaint, which is pending before the Montana Human Rights Bureau. *Rod v. BNSF*, HRB Case No. 0180038, OAH Case. No. 1973-2018. Accordingly, and good cause appearing,

IT IS ORDERED that this matter is STAYED.

IT IS FURTHER ORDERED that, on or before October 11, 2021, the parties file a status report advising the Court as to the status of the underlying action.

DATED this 11th day of June, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1