IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TERRY ROD, | CV 20-148-BLG-SPW-KLD |
| Plaintiff, | |
| vs. | ORDER |
| BNSF RAILWAY COMPANY, a Delaware Corporation, | |
| Defendant. | |

As discussed at today's telephonic scheduling conference,

IT IS ORDERED that the stay in this matter is temporarily reinstated.

IT IS FURTHER ORDERED that on or before October 10, 2023, Defendant BNSF Railway Company shall file an opening brief on the issue of whether the stay should remain in place. Plaintiff Terry Rod's response brief shall be due on October 24, 2023, and BNSF's reply shall be due on November 7, 2023.

DATED this 26th day of September, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1